101 F.3d 689
 Purcell Bronson, Jesse Bond
v.
M. Ferson, Hearing Examiner, Tim Collins, Super, Asst.,
Lieutenant Furrer, Kim Anderson, SCI-Pittsburgh Mail Room
Emplyee, Robert James, Santo Andolina, Edwar Howe, Harry
Callithen, David Good, James Thompson, Program Review
Committee Members, Robert Bitner, John Does, Central Office,
Review Committee Members, Superintendent White
 NO. 95-3686
 United States Court of Appeals,
Third Circuit.
 Oct 15, 1996
 
 Appeal From: W.D.Pa., No. 94-cv-00935,
 Bloch, J.
 
 
 1
 AFFIRMED.